UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM ALLEN MILLER,<br><br>    Defendant. | CASE NO.   05-399 M<br><br><br>DETENTION ORDER |

Offense charged:   Bank Robbery, in violation of Title 18, U.S.C., Section 2113.

Date of Detention Hearing:   August 9, 2005.

    The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Andrew Colasurdo.  The defendant was represented by Timothy Lohraff.

    The Government filed a Motion for Detention, to which the defendant stipulated reserving the right to re-open the matter upon request.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

  (1) The defendant poses a risk of nonappearance based on his unknown or unverified background information, his unknown ties to this district, his four known alias names, and possible mental health and substance abuse issues.  Moreover, the Court views the defendant's history of parole violations, including an Escape conviction and his status of being on parole

DETENTION ORDER
PAGE -1

1  at the time of the alleged instant offense, as a strong indication of flight
2  risk.
3  (2) Due to the nature and seriousness of the crime alleged, combined with the
4  defendant's violent criminal history, possible mental health and substance
5  abuse issues, and history of parole violations, release of the defendant
6  would pose a risk to the community.
7  (3) The defendant stipulated to detention.
8  Thus, there is no condition or combination of conditions that would reasonably assure
9  future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the  Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//
//
//
//
//

DETENTION ORDER
PAGE -2

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of August, 2005.

*[signature]*

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3